**Order entered May 19, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00157-CV

### MICHAEL A. RUFF, Appellant

### V.

### SUZANN RUFF, Appellee

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-17273

### ORDER

Before the Court is appellant's May 17, 2021 opposed motion for a forty-five day extension of time to file his brief.  The brief is currently due June 1.

Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than June 21, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE